| | | | | |
|---|---|---|---|---|
| Guida v. WCAB (ARO Properties) | 1498CD16 | 04/19/2017 | Workers' Compensation Appeal Board A15–1395 | Vacated and Remanded |
| Spring Mountain Summit v. Lyle | 1695CD16 | 04/19/2017 | Montgomery County No. 2015–23525 | Vacated and Remanded |
| Albright Precision v. UCBR (Baloga) | 1830CD16 | 04/19/2017 | Unemployment Compensation Board of Review B–592938 | Affirmed |
| Alexander v. Volkert | 870CD16 | 04/20/2017 | Northumberland County No. CV–2016–531 | Affirmed |
| City of Phila. v. WCAB (Moore) | 1072CD16 | 04/20/2017 | Workers' Compensation Appeal Board A15–0958 | Affirmed |
| Always Moving, LLC v. WCAB (Sutton) | 1183CD16 | 04/20/2017 | Workers' Compensation Appeal Board A15–1192 | Affirmed |
| Wright v. Hauffman | 1320CD16 | 04/20/2017 | Huntingdon County CP–31–CV–138–2016 | Vacated and Remanded |
| Freeman v. BPOA | 1341CD16 | 04/20/2017 | Bureau of Professional and Occupational Affairs 0518–51–15 | Vacated and Remanded |
| Lower Merion SD v. Wolk | 1465CD16 | 04/20/2017 | Montgomery County 2016–01839 | Dismissed |
| Tyrell v. City of Philadelphia | 354CD16 | 04/21/2017 | Philadelphia County June Term, 2015 No. 00720 | Vacated and Remanded |
| Jacob v. WCAB (Cardone Industries) | 747CD16 | 04/21/2017 | Workers' Compensation Appeal Board A15–0492 | Affirmed |
| Nowakowski v. UCBR | 1167CD16 | 04/21/2017 | Unemployment Compensation Board of Review B–590106 | Affirmed |
| Connolly v. WCAB (Craft Oil Corp) | 1187CD16 | 04/21/2017 | Workers' Compensation Appeal Board A15–0089 | Affirmed |
| DOC v. UCBR (Taylor) | 765CD16 | 04/24/2017 | Unemployment Compensation Board of Review B–588173 | Affirmed |